AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Commodity Futures Trading Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-04185-GBD |
| David Smothermon | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Commodity Futures Trading Commission.

Date: 07/14/2025

/s/ Gates S. Hurand
*Attorney's signature*

Gates S. Hurand, GH1321
*Printed name and bar number*

Ted Weiss Federal Office Building
290 Broadway, 6th Floor
New York, NY 10007
*Address*

ghurand@cftc.gov
*E-mail address*

(646) 746-9700
*Telephone number*

(646) 746-9703
*FAX number*