

**COMMODITY FUTURES TRADING COMMISSION**
290 Broadway – 6th Floor
New York, NY 10007
Telephone: (646) 746-9700
Facsimile: (646) 746-9888
*www.cftc.gov*

Division of Enforcement

July 14, 2025

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

   Re: *Commodity Futures Trading Commission v. David Smothermon*
     No. 19-cv-04185 (GBD) – Status Report of Criminal Proceeding

Dear Judge Daniels:

  I am a Trial Attorney in the Division of Enforcement of the Commodity Futures Trading Commission (the "Commission") and represent the Commission in the above captioned matter.

  On behalf of both parties, I write to update the Court on the status of the criminal proceeding *United States v. David Smothermon*, 19 Cr. 382 (AKH). That criminal proceeding's docket reflects that on May 8, 2025, the Court held a Change of Plea Hearing as to Mr. Smothermon. Mr. Smothermon withdrew his previous plea of not guilty and entered a plea of guilty to Count 1. The Court scheduled a sentencing for September 18, 2025. *See* May 8, 2025 Minute Entry.

  The parties intend to file an additional Status Report within two weeks of sentencing in the parallel criminal proceeding in *United States v. David Smotherman*, 19 Cr. 382 (AKH) or within six months of the date of this letter, whichever is sooner.

                Respectfully submitted,

                */s/ Jonathan G. Coppola*
                Jonathan G. Coppola
                Gates S. Hurand, Chief Trial Attorney

                Commodity Futures Trading Commission
                Division of Enforcement
                290 Broadway, 6th Floor
                New York, NY 10007
                Phone: (929) 394-2451

2

Fax: (646) 746-9938
jcoppola@cftc.gov
ghurand@cftc.gov

ATTORNEY FOR PLAINTIFF
COMMODITY FUTURES TRADING
COMMISSION

cc: Robert Gage, Esq. (via ECF)