UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID SMOTHERMON,<br><br>　　　　　　Defendant. | Case No. 19-CV-4185 (GBD)<br><br>ECF Case<br><br>**NOTICE OF MOTION FOR<br>WITHDRAWAL OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, Gates S. Hurand, who entered his appearance on behalf of Plaintiff Commodity Futures Trading Commission, hereby respectfully moves to withdraw his appearance and respectfully requests that he be removed from the CM/ECF noticing list and any other service lists. Mr. Hurand has assumed a position outside the Division of Enforcement. Another attorney who previously entered an appearance on behalf of the Plaintiff will continue to serve as counsel of record to the Commodity Futures Trading Commission in this matter.

Dated: August 8, 2025

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: AUG 11 2025

**ATTORNEY FOR COMMODITY
FUTURES TRADING COMMISSION**

/s/ Gates S. Hurand
Gates S. Hurand
ghurand@cftc.gov
Phone: (646) 746-9700
290 Broadway
New York, NY 10007
(646) 746-9600
(646) 746-3900 (fax)