

**COMMODITY FUTURES TRADING COMMISSION**
290 Broadway – 6th Floor
New York, NY 10007
Telephone:  (646) 746-9700
Facsimile:  (646) 746-9888
*www.cftc.gov*

Division of Enforcement

December 9, 2025

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

      Re:  *Commodity Futures Trading Commission v. David Smothermon*
          No. 2:19-cv-04185 (GBD) – Status Report of Criminal Proceeding

Dear Judge Daniels:

      I am a Trial Attorney in the Division of Enforcement of the Commodity Futures Trading Commission (the "Commission") and represent the Commission in the above-captioned matter.

      Pursuant to the Court's Order dated July 15, 2019 (ECF No. 16), I write on behalf of both Parties to update the Court on the status of the criminal proceeding in *United States v. David Smothermon*, 1:19-cr-382 (AKH).  As reflected on the criminal proceeding's docket, on November 25, 2025, Mr. Smothermon was sentenced to a term of thirty-six months imprisonment, three years supervised release, and ordered to pay restitution of $19,550,018.00, of which he has paid $8,300,000.000 as of the date of his sentencing.  *See* Judgment (ECF No. 152).  Mr. Smothermon was also ordered to forfeit $11,600,000.  *See* November 25, 2025 Minute Entry.

      Following the recent criminal sentencing, the Parties have recently engaged in preliminary settlement discussions and plan to have additional discussions in the coming weeks.  The Commission plans to file a motion to lift the stay.  The Parties, therefore, request the Court set a deadline in 90 days – March 9, 2026 – for the filing of an updated status report.

                    Respectfully submitted,

                    */s/ Jonathan G. Coppola*
                    Jonathan G. Coppola

                    Commodity Futures Trading Commission
                    Division of Enforcement
                    290 Broadway, 6th Floor

New York, NY 10007
Phone: (929) 394-2451
Fax: (646) 746-9938
jcoppola@cftc.gov

ATTORNEY FOR PLAINTIFF
COMMODITY FUTURES TRADING
COMMISSION

cc: David Isaak, Esq. (via e-mail)
    Robert Gage, Esq. (via ECF)