UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>DAVID SMOTHERMON,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-04185-GBD<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Julia Gatto of Steptoe LLP hereby enters appearance in the above-captioned matter as counsel for Defendant David Smothermon.

I certify that I am an attorney admitted to practice in this Court.

Dated: New York, New York
　　　　December 10, 2025

STEPTOE LLP

By: /s/ *Julia Gatto*
　　Julia Gatto
　　STEPTOE LLP
　　1114 Avenue of the Americas
　　New York, New York 10036
　　Tel: (212) 506-3900
　　Fax: (212) 506-3950
　　E-mail: jgatto@steptoe.com

　　*Counsel for Defendant David Smothermon*