UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>DAVID SMOTHERMON,<br><br>                    Defendant. | Case No. 2:19-cv-04185-GBD<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Drew C. Harris of Steptoe LLP hereby enters appearance in the above-captioned matter as counsel for Defendant David Smothermon.

I certify that I am an attorney admitted to practice in this Court.

Dated: New York, New York
       December 10, 2025

STEPTOE LLP

By: /s/ *Drew C. Harris*
    Drew C. Harris
    STEPTOE LLP
    1114 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 506-3900
    Fax: (212) 506-3950
    E-mail: dcharris@steptoe.com

*Counsel for Defendant David Smothermon*