

**COMMODITY FUTURES TRADING COMMISSION**

290 Broadway – 6th Floor
New York, NY 10007
Telephone:  (646) 746-9700
Facsimile:   (646) 746-9888
*www.cftc.gov*

Division of
Enforcement

March 9, 2026

**VIA ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

      Re:  ***Commodity Futures Trading Commission v. David Smothermon***
           **No. 2:19-cv-04185 (GBD) – Plaintiff CFTC's Status Report**

Dear Judge Daniels:

     I am a Trial Attorney in the Division of Enforcement of the Commodity Futures Trading Commission ("Plaintiff" or "CFTC") and represent the CFTC in the above-captioned matter.

     As a follow up to the Parties' December 9, 2025 Status Report (ECF No. 27) and pursuant to the Court's Order dated December 11, 2025 (ECF No. 30), I write to update the Court on the status of this civil case following resolution of Defendant David Smothermon's parallel criminal proceeding, *United States v. Smothermon*, 1:19-cr-382 (AKH).  Despite Plaintiff's best efforts, the Parties are unable to resolve this civil matter through a negotiated resolution at this time.  Therefore, Plaintiff will promptly move to lift the stay of proceedings as communicated to Defendant's counsel and proceed with litigation.

                                     Respectfully submitted,

                                       */s/ Jonathan G. Coppola*
                                       Jonathan G. Coppola
                                       Commodity Futures Trading Commission
                                       Division of Enforcement
                                       290 Broadway, 6th Floor
                                       New York, NY 10007
                                       Phone: (929) 394-2451
                                       Fax: (646) 746-9938
                                       jcoppola@cftc.gov

                                       ATTORNEY FOR PLAINTIFF

cc: David Isaak, Esq. (via e-mail); Julia L. Gatto, Esq. (via ECF); Drew C. Harris, Esq. (via ECF); Robert Gage, Esq. (via ECF)