UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DAVID SMOTHERMON, <br><br> Defendant. | Case No. 19-CV-4185 (GBD) |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO LIFT STAY DUE TO RESOLUTION OF PARALLEL CRIMINAL PROCEEDINGS

GEORGE B. DANIELS, United States District Court Judge:

This matter having come before the Court for consideration of Plaintiff Commodity Futures Trading Commission's ("Plaintiff" or "CFTC") *Unopposed Motion to Lift Stay Due to Resolution of Parallel Criminal Proceedings*, and the Court having found that there is good cause to lift the stay of this action entered by the Court on July 15, 2019 (ECF No. 16), it is hereby ORDERED that the CFTC's motion is granted.

Dated: March 17, 2026
New York, New York

SO ORDERED:

*George B. Daniel*

HON. GEORGE B. DANIELS
United States District Judge