Drew C. Harris
212 378 7532
dcharris@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

March 19, 2026

**By ECF**

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, New York 10007

Re:    ***Commodity Futures Trading Commission v. David Smothermon***,
       **No. 19-cv-04185 (GBD) — Agreed-Upon Deadlines**

Dear Judge Daniels:

I represent defendant David Smothermon in the above-captioned matter. I write to respectfully request that the Court so-order the below-listed deadlines, to which the parties have agreed, in light of the Court's recent order lifting the stay of this matter.

Plaintiff CFTC filed its complaint on May 9, 2019. ECF No. 1. The Court subsequently granted three unopposed requests for adjournment of defendant's deadline to move, answer, or otherwise respond to the CFTC's complaint from May 31, 2019 to June 10, 2019; from June 10, 2019 to June 21, 2019; and from June 10, 2019 until such time as the Court decided defendant's consented motion to stay (ECF No. 13), which sought a stay of this action *sine die* pending resolution of the parallel criminal proceeding in *United States v. David Smothermon*, 19-cr-382 (S.D.N.Y.). *See* ECF Nos. 10, 12, 15. On July 15, 2019, the Court granted the motion to stay. ECF No. 16.

On March 16, 2026, the CFTC filed an unopposed motion to lift the stay due to the resolution of the parallel criminal proceeding. ECF No. 32. The Court granted the motion on March 17, 2026. ECF No. 34.

With the stay having been lifted, the parties met and conferred and respectfully propose the following schedule:

- Defendant's deadline to respond to the complaint: April 7, 2026.

The Honorable George B. Daniels
March 19, 2026
Page 2

**Steptoe**

- If defendant moves to dismiss the complaint:

  o Plaintiff's deadline to oppose defendant's motion to dismiss: April 28, 2026.

  o Defendant's deadline to reply to plaintiff's opposition: May 12, 2026.

If this proposal is acceptable to the Court, I respectfully request that the Court so-order this letter.


Respectfully submitted,

*/s/ Drew Harris*

Drew Harris


CC: Counsel of record (by ECF)