**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

COMMODITY FUTURES TRADING
COMMISSION,                                                   :

                                                              :

                                    Plaintiff,                :

                                                              :

          -against-                                           :

                                                              :

DAVID SMOTHERMON,                                             :

                                                              :

                                    Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |
|---|---|
| ORDER | |
| 19 Civ. 4185 (GBD) | |

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendant's motion to dismiss the Complaint, (ECF No. 45,) is hereby

scheduled for June 9, 2026, at 10:30 a.m. in Courtroom 11A, Daniel Patrick Moynihan United

States Courthouse, 500 Pearl Street, New York, New York 10007.


Dated: May 14, 2026,
       New York, New York

                              SO ORDERED.

                              _George B. Daniel_

                              GEORGE B. DANIELS
                              United States District Judge